MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone (619) 231-0303
Facsimile (619) 231-4755

ROBERT R. BARNES [SBN 144881]
robertbarn@outlook.com
THE BROKEN-BENCH LAW FIRM
10982 Poblado Road, No. 1621
San Diego, California 92127-5327
Telephone: (619) 218-0520

Attorneys for Plaintiff/Counter Defendant
Cuker Interactive, LLC

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CUKER INTERACTIVE, LLC,<br><br>           Reorganized Debtor. | Case No. 18-07363-LA11<br><br>Adv. No. 21-90002-LA11<br><br>**CUKER INTERACTIVE, LLC'S ANSWER TO WOLFE LEGAL GROUP, PC'S COUNTERCLAIM FOR ANNULMENT OF AND/OR RELIEF FROM THE AUTOMATIC STAY; AND DEMAND FOR JURY TRIAL** |
| CUKER INTERACTIVE, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>WOLFE LEGAL GROUP, PC,<br><br>           Defendant. | Dept: Two (2)<br>Honorable Louise DeCarl Adler<br><br>Complaint Filed: January 4, 2021 |

Plaintiff CUKER INTERACTIVE, LLC ("Counter Defendant" or "Cuker"), by and through its undersigned counsel, hereby responds to Defendant WOLFE LEGAL GROUP, PC's ("Counter Claimant" or "WLG") counterclaims, as follows:

## ANSWER

1. Counter Defendant admits the allegations contained in paragraph 1 of the Counterclaim.

2. Counter Defendant admits the allegations contained in paragraph 2 of the Counterclaim.

3. Counter Defendant admits the allegations contained in paragraph 3 of the Counterclaim.

4. Counter Defendant admits the allegations contained in paragraph 4 of the Counterclaim.

5. Counter Defendant re-alleges as though set forth in full its responses to paragraphs 1 through 4 of the Counterclaim.

6. Counter Defendant admits the allegations set forth in paragraph 6 of the Counterclaim.

7. Counter Defendant admits the allegations contained in paragraph 7 of the Counterclaim.

8. Counter Defendant denies each and every allegation set forth in paragraph 8 of the Counterclaim.

9 Counter Defendant is without information or belief sufficient to enable Counter Defendant to form a response to the allegations of paragraph 9 of the Counterclaim and on that basis denies each of the allegations in paragraph 9 of the Counterclaim.

10. Counter Defendant denies each and every allegation set forth in paragraph 10 of the Counterclaim.

11. Counter Defendant denies each and every allegation set forth in paragraph 11 of the Counterclaim.

12. Counter Defendant denies each and every allegation set forth in paragraph 12 of the Counterclaim.

## AFFIRMATIVE DEFENSES

Counter Defendant alleges the following Affirmative defenses, which are made on information and belief:

### FIRST AFFIRMATIVE DEFENSE

The Counter Claim and each and every cause of action therein fails to state facts sufficient to state a cause of action against Counter Defendant.

### SECOND AFFIRMATIVE DEFENSE

By virtue of the acts, conduct, and/or omissions of Plaintiff in connection with the alleged agreements and events set forth in the Counterclaim, the Counterclaim and each and every cause of action set forth therein are barred by the doctrine of waiver.

### THIRD AFFIRMATIVE DEFENSE

The claims alleged in the Counterclaim are barred by reason of the unclean hands and/or fraud of Counterclaimant in connection with the events that are the subject of the Counterclaim.

### FOURTH AFFIRMATIVE DEFENSE

Counter Defendant intends to rely upon other affirmative defenses as may become available or apparent during discovery proceedings in this action and hereby reserves its right to amend its answer to assert other affirmative defenses.

WHEREFORE, Counter Defendant prays that:

1. Counter Claimant take nothing by way of its counterclaim; and,

2. Counter Defendant cuker be granted such other and further relief as may be just and proper.

DATED: June 15, 2021

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Michael D. Breslauer
MICHAEL D. BRESLAUER
Attorneys for Plaintiff/Counter Defendant
Cuker Interactive, LLC

## PROOF OF SERVICE

I, WENDY A. YONES, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On June 15, 2021, I served the following document(s):

**CUKER INTERACTIVE, LLC'S ANSWER TO WOLFE LEGAL GROUP, PC'S COUNTERCLAIM FOR ANNULMENT OF AND/OR RELIEF FROM THE AUTOMATIC STAY; AND DEMAND FOR JURY TRIAL**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 15, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Michael D. Breslauer** - mbreslauer@swsslaw.com, wyones@swsslaw.com

**K. Todd Curry** - tcurry@currylegal.com

**SERVED BY U.S. MAIL:** On June 15, 2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**Wolfe Legal Group, PC**
402 West Broadway, Suite 400
San Diego, CA 92101

**K. Todd Curry, Esq.**
185 West F Street, Suite 100
San Diego, CA 92101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 15, 2021            By: /s/ Wendy A. Yones
                                     WENDY A. YONES