```
MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone (619) 231-0303
Facsimile (619) 231-4755

Attorneys for Plaintiff/Counter Defendant
Cuker Interactive, LLC
```

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CUKER INTERACTIVE, LLC,<br><br>Reorganized Debtor. | Case No. 18-07363-LA11<br><br>Adv. No. 21-90002-LA11<br><br>**CUKER INTERACTIVE, LLC'S AMENDED ANSWER TO WOLFE LEGAL GROUP, PC'S COUNTERCLAIM FOR ANNULMENT OF AND/OR RELIEF FROM THE AUTOMATIC STAY** |
| CUKER INTERACTIVE, LLC,<br><br>Plaintiff,<br>v.<br>WOLFE LEGAL GROUP, PC,<br><br>Defendant. | Dept: Two (2)<br>Honorable Louise DeCarl Adler<br><br>Complaint Filed: January 4, 2021 |

Plaintiff CUKER INTERACTIVE, LLC ("Counter Defendant" or "Cuker"), by and through its undersigned counsel, hereby responds to Defendant WOLFE LEGAL GROUP, PC's ("Counter Claimant" or "WLG") counterclaims, as follows:

## ANSWER

1. Counter Defendant admits the allegations contained in paragraph 1 of the Counterclaim.

P:01468643.2:60665.001                         -1-

2. Counter Defendant admits the allegations contained in paragraph 2 of the Counterclaim.

3. Counter Defendant admits the allegations contained in paragraph 3 of the Counterclaim.

4. Counter Defendant admits the allegations contained in paragraph 4 of the Counterclaim.

5. Counter Defendant re-alleges as though set forth in full its responses to paragraphs 1 through 4 of the Counterclaim.

6. Counter Defendant admits the allegations set forth in the first sentence of paragraph 6 of the Counterclaim and denies each and every other allegation contained in paragraph 6 of the Counterclaim.

7. Counter Defendant denies each and every allegation contained in paragraph 7 of the Counterclaim.

8. Counter Defendant denies each and every allegation set forth in paragraph 8 of the Counterclaim.

9 Counter Defendant is without information or belief sufficient to enable Counter Defendant to form a response to the allegations of paragraph 9 of the Counterclaim and on that basis denies each of the allegations in paragraph 9 of the Counterclaim.

10. Counter Defendant denies each and every allegation set forth in paragraph 10 of the Counterclaim.

11. Counter Defendant denies each and every allegation set forth in paragraph 11 of the Counterclaim.

12. Counter Defendant denies each and every allegation set forth in paragraph 12 of the Counterclaim.

**AFFIRMATIVE DEFENSES**

Counter Defendant alleges the following Affirmative defenses, which are made on information and belief:

**FIRST AFFIRMATIVE DEFENSE**

The Counterclaim and each and every cause of action therein fails to state facts sufficient to state a cause of action against Counter Defendant.

**SECOND AFFIRMATIVE DEFENSE**

By virtue of the acts, conduct, and/or omissions of Plaintiff in connection with the alleged agreements and events set forth in the Counterclaim, the Counterclaim and each and every cause of action set forth therein are barred by the doctrine of waiver.

**THIRD AFFIRMATIVE DEFENSE**

The claims alleged in the Counterclaim are barred by reason of the unclean hands and/or fraud of Counterclaimant in connection with the events that are the subject of the Counterclaim.

**FOURTH AFFIRMATIVE DEFENSE**

Counter Defendant intends to rely upon other affirmative defenses as may become available or apparent during discovery proceedings in this action and hereby reserves its right to amend its answer to assert other affirmative defenses.

WHEREFORE, Counter Defendant prays that:

1. Counter Claimant take nothing by way of its counterclaim; and,

2. Counter Defendant Cuker be granted such other and further relief as may be just and proper.

DATED: June 15, 2021                SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Michael D. Breslauer
MICHAEL D. BRESLAUER
Attorneys for Plaintiff/Counter Defendant
Cuker Interactive, LLC

**PROOF OF SERVICE**

I, WENDY A. YONES, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On June 15, 2021, I served the following document(s):

**CUKER INTERACTIVE, LLC'S AMENDED ANSWER TO WOLFE LEGAL GROUP, PC'S COUNTERCLAIM FOR ANNULMENT OF AND/OR RELIEF FROM THE AUTOMATIC STAY**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 15, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Michael D. Breslauer** - mbreslauer@swsslaw.com, wyones@swsslaw.com

**K. Todd Curry** - tcurry@currylegal.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   June 15, 2021          By: /s/ Wendy A. Yones
                                    WENDY A. YONES

P:01468643.2:60665.001

-4-