# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

**ADV:** 21-90002

**CUKER INTERACTIVE, LLC VS WOLFE LEGAL GROUP, PC**

| | |
|---|---|
| **Debtor:** | CUKER INTERACTIVE, LLC |
| **Case Number:** | 18-07363-LA11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 02, 2021 02:00 PM    DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

NOTICE OF PRE-TRIAL STATUS CONFERENCE

### Appearances:

MICHAEL D. BRESLAUER, ATTORNEY FOR CUKER INTERACTIVE, LLC (Tele)
K. TODD CURRY, ATTORNEY FOR WOLFE LEGAL GROUP, PC (Tele)

### Disposition:

Hearing continued to 12/2/21 at 2:00, discovery cut off is 11/30/21. Status reports to be filed a week prior to hrg.