```
 1  CURRY ADVISORS
    A Professional Law Corporation
 2    K. Todd Curry (149360)
    185 West F Street, Ste. 100
 3  San Diego, California 92101
    Telephone: (619) 238-0004
 4  Fax Number: (619) 238-0006

 5  Counsel for Defendant
    Wolfe Legal Group, PC
 6
```

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) ADVERSARY NO. 21-90002-LA |
| CUKER INTERACTIVE, LLC, | ) |
| Debtor. | ) DECLARATION OF DEBORAH WOLFE IN OPPOSITION TO MOTION BY ADEL ATALLA FOR ORDER THAT PROPOSED DISCOVERY IS NOT AUTHORIZED OR TERMINATING OR LIMITING DEPOSITION |
| Bankruptcy Case No. 18-07363-LA11 | ) |
| CUKER INTERACTIVE, LLC, | ) |
| Plaintiff, | ) Date: April 21, 2022 |
| v. | ) Time: 2:00 p.m. |
| WOLFE LEGAL GROUP, PC, | ) Dept: Two |
| Defendant. | ) Honorable Louise DeCarl Adler |

/ / /

/ / /

/ / /

I, Deborah A. Wolfe, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California, and I am president of defendant Wolfe Legal Group, PC ("WLG"). I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I would be competent to testify to such facts.

2. Attached as Exhibit "A" are true and correct copies of various emails to and from Adel Atalla to which I was a party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 4th day of March 2022.

_____
Deborah A. Wolfe

-1-

**EXHIBIT "A"**



36 - Atalla V2 1/25/22

| | |
|---|---|
| From: | Aaron Cuker |
| To: | Adel Atalla |
| Cc: | Aaron Cuker; Deborah Wolfe; Brian Worthington; Assistant; Mark Mann |
| Subject: | Re: Waver of conflict of interest |
| Date: | Wednesday, November 21, 2018 10:02:12 AM |

Hi Deborah and Brian,

On behalf of Cuker, we wave the conflict for them to represent Adel Atalla.

**Aaron Cuker**
CEO / Chief Creative Officer

cukeragency.com
aaron@cukeragency.com
858 345 1378



Recent Awards:

**Communicator Awards Gold, Food & Beverage Website**
GoMacro

**Communicator Awards Silver, Advertising & Marketing**
GoMacro

**Communicator Awards Silver, Construction Website**
Sunbelt Rentals

**Webby Awards Honoree, Shopping Website**
Little Giraffe

**W3 Awards Silver, Marketing & Advertising**
Amari

On Wed, Nov 21, 2018 at 9:37 AM Adel Atalla <adel@cukerinteractive.com> wrote:
> Hi Aaron,
> Please advise Deborah and Brian that you on behalf of Cuker wave the conflict for them to represent Adel Atalla.
>
> Best Regards,

Adel

Cuker Depo 172

EXHIBIT A, PAGE 002

| | |
|---|---|
| **From:** | Adel Atalla |
| **To:** | Deborah Wolfe |
| **Cc:** | Aaron@cukeragency.com; Mark L. Mann; Brian Worthington; Assistant |
| **Subject:** | Re: Settlement proposal - Actual conflict of interest between Cuker Interactive and Adel Attala individually |
| **Date:** | Thursday, December 6, 2018 9:46:51 PM |

Hi Deborah,

Please be advised that I wave any conflict of interest for you and Brian in representing Cuker and me. Thank you,

Best Regards,

Adel

> On Dec 6, 2018, at 8:24 PM, Deborah Wolfe <dwolfe@wolfelegalgroup.com> wrote:
>
> That seems like a pretty drastic step, but if you want to file for the reorganization, rather than to make a counteroffer to his counteroffer, we will let Mr. Cullen know first thing in the morning.
>
> I would ask that you and Aaron by separate emails please acknowledge that you have been appropriately advised as to the conflict of interest, and that Aaron specifically agrees on behalf of the company to reject the counteroffer.
>
> Thanks.
>
> Deborah
>
> -----Original Message-----
> From: Adel Atalla [mailto:adel@cukerinteractive.com]
> Sent: Thursday, December 06, 2018 7:52 PM
> To: Deborah Wolfe <dwolfe@wolfelegalgroup.com>
> Cc: Aaron@cukeragency.com; Mark L. Mann <marcoslm52@gmail.com>; Brian Worthington <bworthington@wolfelegalgroup.com>; Assistant <Assistant@wolfelegalgroup.com>
> Subject: Re: Settlement proposal - Actual conflict of interest between Cuker Interactive and Adel Attala individually
>
> Hi Deborah,
> We reject Henry's counter offer. Unless he accepts one of the two options that you proposed to him, we will proceed with the reorganization. Thank you,
>
> Best Regards,
>
> Adel
>
>> On Dec 6, 2018, at 5:30 PM, Deborah Wolfe <dwolfe@wolfelegalgroup.com> wrote:
>>
>> Gentlemen,
>>
>> As you can see from the documents we forwarded, Henry has counter-offered a settlement. The proposed settlement keeps the initial payment at $100,000, but shortens the time for it to be made from 90 days to the end of December (i.e., less than 30 days). It also increases the total payment, so long as the current attorney fee award is confirmed or increased, to $1,190,000 (from the $1 million we offered). It increases the total payment, if the fees are reduced by the 8th Circuit by a significant amount, to $850,000 (from the $700,000 we offered). Henry has added some other incremental changes in the total payment if the fee award is altered by the 8th Circuit by smaller amounts.
>>
>> The most significant difference in the counter-proposal is the proposed Consent Judgment. It includes Adel as

| | |
|---|---|
| From: | Adel Atalla |
| To: | Deborah Wolfe |
| Cc: | Brian Worthington; Assistant; marcoslm52@gmail.com; Aaron@cukeragency.com |
| Subject: | Entry of Your Appearance and Jeff's Withdrawal |
| Date: | Tuesday, October 30, 2018 3:05:52 PM |

Hi Deborah,

Aaron and I had a call with Jeff yesterday. I informed him that you and your team are managing the arbitration and Henry's fees and malpractice claims, with the assistance of Tre as the local counsel in Arkansas.

Jeff was fine with that. He recommended that you and Brian get tre to enter your appearance in Arkansas to replace him, so he then can withdraw from the case. Thank you,

Best Regards,

Adel

| | |
|---|---|
| From: | Adel Atalla |
| To: | Tre Kitchens |
| Cc: | Aaron Cuker; Audra Murray; Deborah Wolfe; Brian Worthington; Adel Atalla; Mark Mann |
| Subject: | Re: Henry"s File & Discovery |
| Date: | Tuesday, November 13, 2018 11:24:28 AM |
| Attachments: | image8a2fb4.PNG |
| | image4d04ee.PNG |

Hi Tre,

Please send Deborah a copy of your Henry file Today, so that she could get the new motion done ASAP.

Please work with Deborah and Brian on all maters related to the case, including but limited to the discovery. Thank you,

Best Regards,

Adel

On Nov 13, 2018, at 8:45 AM, Tre Kitchens <tkitchens@bradhendricks.com> wrote:

> Some will go out today. I need to know what Deborah wants in discovery and requests for admissions.
>
> **Tre Kitchens**
> Attorney
>
> 
>
> THE BRAD HENDRICKS LAW FIRM
>
> 500 C Pleasant Valley Drive. Little Rock, Arkansas 72227
> (501) 221-0444 | Fax: (501) 661-0196
> Toll Free: (800) 603-5100
> tkitchens@bradhendricks.com
> bradhendricks.com
>
> **From:** Aaron Cuker [mailto:aaron@cukeragency.com]
> **Sent:** Monday, November 12, 2018 2:41 PM
> **To:** Tre Kitchens <tkitchens@bradhendricks.com>; Audra Murray <amurray@bradhendricks.com>; Deborah Wolfe <dwolfe@wolfelegalgroup.com>; Brian Worthington <bworthington@wolfelegalgroup.com>; Adel Atalla <adel@cukeragency.com>; Mark Mann <marcoslm52@gmail.com>
> **Subject:** Henry's File & Discovery
>
> Hi Tre and Audra
>
> We are counting on you to preserve our right to adequate discovery. We need Henry's File. We need to be able to take depositions. If you need to file a motion with the court, please do so.

| | |
|---|---|
| **From:** | Adel Atalla |
| **To:** | Brian Worthington |
| **Cc:** | Deborah Wolfe; Assistant; marcoslm52@gmail.com; Aaron@cukeragency.com |
| **Subject:** | Re: Response to Henry's Request for Admission, Interrogatory, and Production of Documents Due Wednesday |
| **Date:** | Tuesday, November 27, 2018 8:37:03 AM |

Hi Brian,

Ok, Tre can prepare it, but please review his response before he files it. Please make sure that we deny that I personally guaranteed Henry's fees or that Paul Karch had any authorization to act on behalf of Cuker. Thank you,

Best Regards,

Adel

> On Nov 27, 2018, at 8:26 AM, Brian Worthington <bworthington@wolfelegalgroup.com> wrote:
>
> Adel,
>
> Tre sent an email this morning saying his office is working on the responses. If Tre works on responses, and I also work on responses, we're going to have a lot of confusion as to which responses are the ones that are getting served.
>
> Brian
>
> On 11/26/18, 6:13 PM, "Adel Atalla" <adel@cukerinteractive.com> wrote:
>
> Hi Deborah,
> Please let us not rely on Tre to effectively review and file the response to Henry's discovery requests. If we did, we would seriously harm the case. Please let me know, what Aaron and I could do to help.
>
>
> Best Regards,
>
> Adel
>

EXHIBIT
22 - Atalla V2 1/25/22

| | |
|---|---|
| **From:** | Tre Kitchens |
| **To:** | Deborah Wolfe; Audra Murray; Adel Atalla; Aaron Cuker; Brian Worthington; Mark L. Mann |
| **Cc:** | Assistant |
| **Subject:** | RE: Cuker Deadlines |
| **Date:** | Tuesday, November 20, 2018 6:07:15 AM |
| **Attachments:** | image001.png |
| | image002.png |

Discovery responses: you and Audra work with Adel and Aaron to get responses to Cullen on his outstanding discovery by the due date. Brian and I would like to see what you propose to send out before you send it, to make sure that it will be consistent with what we intend to put forward in the malpractice counter-complaint, assuming that we are able to get one filed. I feel fairly certain that Cullen will not agree to an extension, but if you can get one, be my guest.

-We don't have anything to work on yet. I have asked for the extension.

Rebuttal expert witness disclosure/reports: It is my understanding that neither you nor Cullen designated any experts nor provided any Rule 26(b) disclosures or reports, so the rebuttal disclosure date would seem to be a non-issue. Am I incorrect?

-No one did Rule 26 disclosures. I thought he designated an expert, I will confirm.

Settlement conference statement to Court: We will take care of preparing and filing the confidential settlement conference statement to the magistrate judge.

-Ok.

Discovery deadline: Since the deadline for obtaining responses to any new written discovery has passed, it seems that "the ship has sailed", and there is no point in propounding any more discovery. I don't see any point in obtaining depositions when the only thing currently at issue is the collection case, and questions involving malpractice issues would be irrelevant as to the affirmative claims and dangerous to use in defense of the collection issues because it might preclude a malpractice claim later, both as to Henry and Pillsbury. Please correct me if you think I am wrong.

-I think not deposing Henry and everyone else they are calling at trial is a mistake. You are lead counsel, so that's your call.

**From:** Deborah Wolfe [mailto:dwolfe@wolfelegalgroup.com]
**Sent:** Monday, November 19, 2018 6:36 PM
**To:** Tre Kitchens <tkitchens@bradhendricks.com>; Audra Murray <amurray@bradhendricks.com>; Adel Atalla <adel@cukerinteractive.com>; Aaron Cuker <aaron@cukeragency.com>; Brian Worthington <bworthington@wolfelegalgroup.com>; Mark L. Mann <marcoslm52@gmail.com>

**Cc:** Assistant <Assistant@wolfelegalgroup.com>
**Subject:** RE: Cuker Deadlines

Good afternoon Tre

I just got off the phone with Adel. Here is what I propose:

Discovery responses: you and Audra work with Adel and Aaron to get responses to Cullen on his outstanding discovery by the due date. Brian and I would like to see what you propose to send out before you send it, to make sure that it will be consistent with what we intend to put forward in the malpractice counter-complaint, assuming that we are able to get one filed. I feel fairly certain that Cullen will not agree to an extension, but if you can get one, be my guest.

Rebuttal expert witness disclosure/reports: It is my understanding that neither you nor Cullen designated any experts nor provided any Rule 26(b) disclosures or reports, so the rebuttal disclosure date would seem to be a non-issue. Am I incorrect?

Settlement conference statement to Court: We will take care of preparing and filing the confidential settlement conference statement to the magistrate judge.

Discovery deadline: Since the deadline for obtaining responses to any new written discovery has passed, it seems that "the ship has sailed", and there is no point in propounding any more discovery. I don't see any point in obtaining depositions when the only thing currently at issue is the collection case, and questions involving malpractice issues would be irrelevant as to the affirmative claims and dangerous to use in defense of the collection issues because it might preclude a malpractice claim later, both as to Henry and Pillsbury. Please correct me if you think I am wrong.

Very truly yours,
**WOLFE LEGAL GROUP, PC**

**Deborah A. Wolfe, Esq.**
**402 W. Broadway, Ste. 400**
**San Diego, CA 92101-3554**
**Tel (619)234-3363**
**Fax(619)231-1989**

**State Bar of California Board of Legal Specialization:**
**Certified Specialist in Legal Malpractice Law**
**Certified Specialist in Civil Trial Advocacy**

**ABOTA**

**2017 Recipient of the Daniel T. Broderick Award for Civility, Integrity, & Professionalism**

Licensed to practice in California and Arizona
www.WolfeLegalGroup.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable Federal or State Law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Tre Kitchens [mailto:tkitchens@bradhendricks.com]
**Sent:** Monday, November 19, 2018 1:31 PM
**To:** Audra Murray <amurray@bradhendricks.com>; Adel Atalla <adel@cukerinteractive.com>; Aaron Cuker <aaron@cukeragency.com>; Deborah Wolfe <dwolfe@wolfelegalgroup.com>; Magnuson, Eric J. <EMagnuson@RobinsKaplan.com>
**Subject:** FW: Cuker Deadlines

Friends,

These are the upcoming deadlines. I need some direction:

| | |
|---|---|
| 11/19/18 | Rebuttal expert witness disclosure/reports |
| 11/21/18 | Settlement conference statement to Court |
| 11/23/18 | Responses to Admissions, Interrogatories, and Production due |
| 12/14/18 | Discovery deadline |

**Tre Kitchens**
Attorney

 

THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive, Little Rock, Arkansas 72227
(501) 221-0444 | Fax: (501) 661-0196
Toll Free: (800) 603-5100
tkitchens@bradhendricks.com
bradhendricks.com