1  CURRY ADVISORS
   A Professional Law Corporation
2    K. Todd Curry (149360)
   185 West F Street, Ste. 100
3  San Diego, California 92101
   Telephone: (619) 238-0004
4  Fax Number: (619) 238-0006

5  Counsel for Defendant/Counterclaimant
   Wolfe Legal Group, PC
6

7                 UNITED STATES BANKRUPTCY COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9

10 | In re                                    ) ADVERSARY NO. 21-90002-LA
                                              )
11 | CUKER INTERACTIVE, LLC,                  )
                                              ) ERRATA TO MEMORANDUM OF
12 |                                          ) POINTS AND AUTHORITIES IN
                Debtor.                       ) SUPPORT OF MOTION FOR PARTIAL
13 |                                          ) DISCRETIONARY ABSTENTION
                                              )
14 | Bankruptcy Case No. 18-07363-LA11        )
                                              )
15 | _____           )
                                              )
16 | CUKER INTERACTIVE, LLC,                  )
                                              )   Date:  May 5, 2022
17 |           Plaintiff,                     )   Time:  2:00 p.m.
      v.                                      )   Dept:  Two
18 |                                          )   Honorable Louise DeCarl Adler
     WOLFE LEGAL GROUP, PC,                   )
19 |                                          )
              Defendant.                      )
20                                            )
                                              )
21 | _____           )

22

23

24

25

26 | / / /

27 | / / /

28 | / / /

1    Attached hereto are the Table of Contents and Table of Authorities that were omitted from the Memorandum of Points and Authorities in Support of Motion for Partial Discretionary Abstention filed by Defendant and Counterclaimant, Wolfe Legal Group, PC ("WLG"), on March 28, 2022, Docket No. 72.

Dated: March 29, 2022

CURRY ADVISORS
A Professional Law Corporation

By: /s/ K. Todd Curry
_____
K. Todd Curry
Counsel for Defendant/Counterclaimant
Wolfe Legal Group, PC

-1-

**TABLE OF CONTENTS**

| | | | PAGE |
|---|---|---|---|
| I. | INTRODUCTION | | 1 |
| | A. Factual Background | | 1 |
| | B. The Instant Adversary Proceeding | | 3 |
| | C. The Pending State Court Actions | | 3 |
| II. | THE COURT SHOULD ABSTAIN AS TO CUKER'S SECOND, THIRD, AND FOURTH CAUSES OF ACTION | | 6 |
| III. | CONCLUSION | | 12 |

# TABLE OF AUTHORITIES

**CASES**                                                 **PAGE**

*In re D'Angelo*, 475 B.R. 424 (Bankr. E.D. Pa. 2012),
aff'd. 491 B.R. 395 (E. D. Pa. 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*In re Demers*, 2009 WL 3681675 (Bankr. E.D. Wash. October 30, 2009) . . . . . . 7

*In re Eastport Assocs.*, 935 F.2d 1071 (9th Cir. 1991) . . . . . . . . . . . . . . . . . . . . . 7, 9

*In re Enron Corp.*, 296 B.R. 505 (C.D. Cal. 2003) . . . . . . . . . . . . . . . . . . . . . . . . 7, 11

*In re GACN, Inc.*, 555 B.R. 684 (9th Cir. BAP 2016) . . . . . . . . . . . . . . . . . . . . . . 7

*In re Lazar*, 200 B.R. 358 (Bankr. C.D. Cal. 1996) . . . . . . . . . . . . . . . . . . . . . . . 7

*Maya, LLC v. Cytodyn of N.M., Inc. (In re Cytodyn of N.M., Inc.)*,
374 B.R. 733 (Bankr. C.D. Cal. 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*In re Rusty Jones, Inc.*, 124 B.R. 774 (N.D. Ill 1991) . . . . . . . . . . . . . . . . . . . . . . 7

*In re Tucson Estates, Inc.*, 912 F2d 1162 (9th Cir. 1990) . . . . . . . . . . . . . . . . . . . 7

**OTHER AUTHORITIES**

28 U.S.C. § 157 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

28 U.S.C. § 1334 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 9

F.R. Evid. 201 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Cal. Code Civ. Proc. § 592 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11