MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Plaintiff and Counter-Defendant CUKER INTERACTIVE, LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CUKER INTERACTIVE, LLC,<br><br>Debtors. | Case No. 18-07363-LA11<br><br>Chapter 11<br><br>Adv No. 21-90002-LA 11<br><br>**CUKER INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| CUKER INTERACTIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WOLFE LEGAL GROUP, PC,<br><br>Defendant. | Date:  May 5, 2022<br>Time:  2:00 p.m.<br>Dept:  Two (2)<br><br>Honorable Louise DeCarl Adler |
| AND RELATED COUNTERCLAIMS | |

P:01540570.1:60665.017                                                     Adv No. 21-90002-LA11

CUKER INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE,
SUMMARY ADJUDICATION

**TO THE HONORABLE LOUISE DECARL ADLER AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiff and Counter-Defendant CUKER INTERACTIVE, LLC ("Cuker") moves for Partial Summary Judgment as to the first, second, third, and fourth causes of action contained in the first amended complaint.

This Motion is brought pursuant to Federal Rules of Bankruptcy Procedure 7056 and 9014 on the grounds that, as to the issues mentioned, there are no genuine issues of material fact and Cuker is entitled to judgment as a matter of law on the matters raised in the first, second, third, and fourth causes of action.

This Motion is based on the instant pleading, the Notice of Hearing and Motion, the Memorandum of Points and Authorities (the "Memorandum"), the Declaration of Adel Atalla, the Declaration of Michael D. Breslauer, Request for Judicial Notice, and Notice of Lodgment, filed in this action.

WHEREFORE, Cuker respectfully prays for an order as follows:

For partial summary judgment in its favor as to the first, second, third, and fourth causes of action as set forth in Cuker's Memorandum, and for such other further relief as may be just and proper.

DATED: March 30, 2022                SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Michael D. Breslauer
MICHAEL D. BRESLAUER
Attorneys for Plaintiff and Counter-Defendant CUKER INTERACTIVE, LLC

**PROOF OF SERVICE**

I, WENDY A. YONES, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On March 30, 2022, I served the following document(s):

**CUKER INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 30, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**K. Todd Curry - tcurry@currylegal.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 30, 2022                    By:  /s/ Wendy A. Yones
                                               WENDY A. YONES