NTF  
Rev. 02/22

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse  
325 West F Street  
San Diego, CA 92101−6991

Telephone: 619−557−5620  
Website: www.casb.uscourts.gov  
Hours: 8:30am − 4:30pm Monday−Friday

| Cuker Interactive, LLC<br><br>Debtor(s) | BANKRUPTCY NO. 18−07363−LA11 |
|---|---|
| Cuker Interactive, LLC<br><br>Plaintiff(s) | ADVERSARY NO. 21−90002−LA |
| v.<br><br>Wolfe Legal Group, PC<br><br>Defendant(s) | |

**Notice To Filer Of Errors And/Or Deficiencies in Documents**

Document Number **82**   filed on: **4/11/22**  
Title of Document: **Cuker Interactive, LLC's Opposition to Wolfe Legal Group PC's Motion for partial Discretionary Abstention; Proof of Service**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

☐ Amendment (CSD 1100)   ☐ Balance of Schedules (CSD 1099)   ☐ Notice to Creditors (CSD 1101)

Visit the Court website CM/ECF Resources online page containing the most current step−by−step CM/ECF manual, court forms and training video. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phone_list.

**ACTION TAKEN BY COURT**

☐ Atty/Debtor/Movant contacted on _____ via ☐ Tel/Voice Mail   ☐ Email   ☐ Mail or Other

**OTHER:** **(1) The doctype doesn't match the document filed.**  
**(2) There is no signature on the document.**

Dated: 4/12/22

Michael Williams
Clerk of the Bankruptcy Court