## Notice Recipients

District/Off: 0974–3 | User: Admin. | Date Created: 4/12/2022
Case: 21–90002–LA | Form ID: 185 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Michael D. Breslauer    mbreslauer@swsslaw.com

TOTAL: 1