CURRY ADVISORS
A Professional Law Corporation
 K. Todd Curry (149360)
185 West F Street, Ste. 100
San Diego, California 92101
Telephone: (619) 238-0004
Fax Number: (619) 238-0006

Counsel for Defendant / Counterclaimant
Wolfe Legal Group, PC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CUKER INTERACTIVE, LLC,<br><br>Debtor.<br><br>Bankruptcy Case No. 18-07363-LA11<br>_____<br><br>CUKER INTERACTIVE, LLC,<br><br>Plaintiff,<br>v.<br><br>WOLFE LEGAL GROUP, PC,<br><br>Defendant.<br>_____ | ADVERSARY NO. 21-90002-LA<br><br>PROOF OF SERVICE<br><br><br><br><br><br>Dept: Two<br>Honorable Louise DeCarl Adler |

I am a citizen of the United States and a resident of the County of San Diego. I am over the age of eighteen (18) years and not a party to the above-entitled action. My business address is 185 West F Street, Suite 100, San Diego, CA 92101. I am familiar with Curry Advisors' practice whereby the mail is sealed, given the appropriate postage, and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business. **On April 11, 2022**, I served the following:

| | |
|---|---|
| 1 | OPPOSITION BY WOLFE LEGAL GROUP, PC TO CUKER INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT; |
| 2 | |
| 3 | DECLARATION OF DEBORAH A. WOLFE IN OPPOSITION TO CUKER INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT; |
| 4 | DECLARATION OF BRIAN P. WORTHINGTON IN OPPOSITION TO CUKER INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT; |
| 5 | |
| 6 | DECLARATION OF K. TODD CURRY IN OPPOSITION TO CUKER INTERACTIVE, LLC'S MOTION FOR SUMMARY JUDGMENT |
| 7 | |
| 8 | [XX]   (VIA ECF NOTICING) by transmitting the document(s) listed above to the Court via ECF and relying upon the Court's electronic servicing of the following parties in interest: |
| 9 | |
| 10 | Michael D. Breslauer on behalf of Plaintiffs Cuker Interactive, LLC: mbreslauer@swsslaw.com, wyones@swsslaw.com |
| 11 | |
| 12 | I declare under penalty of perjury under the laws of the United States of America that the |
| 13 | foregoing is true and correct.  Executed on April 13, 2022. |
| 14 | /s/ K. Todd Curry |
| 15 | _____ K. Todd Curry |

-2-