CURRY ADVISORS
A Professional Law Corporation
  K. Todd Curry (149360)
185 West F Street, Ste. 100
San Diego, California 92101
Telephone:  (619) 238-0004
Fax Number: (619) 238-0006

Counsel for Defendant/Counterclaimant
Wolfe Legal Group, PC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CUKER INTERACTIVE, LLC,<br><br>Debtor.<br><br>Bankruptcy Case No. 18-07363-LA11<br><br>_____<br><br>CUKER INTERACTIVE, LLC,<br><br>Plaintiff,<br>v.<br><br>WOLFE LEGAL GROUP, PC,<br><br>Defendant.<br><br>_____ | ADVERSARY NO. 21-90002-LA<br><br>REPLY DECLARATION OF K. TODD CURRY IN SUPPORT OF MOTION FOR PARTIAL DISCRETIONARY ABSTENTION<br><br><br><br><br><br><br>Date:  May 5, 2022<br>Time:  2:00 p.m.<br>Dept:  Two<br>Honorable Louise DeCarl Adler |

I, K. Todd Curry, declare as follows:

1. I am an attorney at law, duly licensed to practice before this Court and all courts of the State of California, and I am a principal of Curry Advisors, A Professional Law Corporation, which is counsel for Wolfe Legal Group, PC ("WLG").  I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I would be competent to testify to such facts.

1    2.    I represent WLG in the two lawsuits in San Diego Superior Court (the "State Court Actions") against Cuker's principals, Adel Atalla and Aaron Cuker.

3.    Aaron Cuker was served with process in the first State Court Action on August 15, 2021. Shortly thereafter, on August 26, 2021, counsel for Mr. Atalla contacted me requested information, but refused to accept service on behalf of Mr. Atalla. Attached as Exhibit "A" are true and correct copies of my email communications with Mr. Atalla's counsel.

4.    In my experience, it is atypical for a party's counsel to contact plaintiff's counsel before the party has been served with process but for the party's counsel to decline to accept service. In fact, in more than 31 years of litigation practice, I have never experienced such an occurrence.

5.    Mr. Atalla thereafter evaded services of process on multiple occasions (including when the process server could hear people inside Mr. Atalla's home but they would not respond). Five attempts to serve Mr. Atalla at Cuker's premises in July and August of 2021 failed. Five more attempts to serve him at his residence in August of 2021 failed, including instances when cars were in the driveway, no one would answer, and voices could be heard inside. A stakeout was performed in September of 2021, to no avail. Finally, after WLG incurred the expense of hiring a private investigator to wait outside Mr. Atalla's home until he could be served, he was served on January 1, 2022 through his spouse and follow-up mail as allowed by California law.

6.    Mr. Cuker's default was entered on November 19, 2021, and he delayed until March 16, 2022 to file a motion to set aside that default, setting the hearing for May 13, 2022. Mr. Atalla filed a demurrer on February 10, 2022, and he set it for hearing in March of 2022 in one action and in July of 2022 in the other action.

///
///
///
///
///
///

-2-

7. Although substantial discovery has taken place in this Adversary Proceeding, that is virtually all that occurred between WLG and Cuker in this Adversary Proceeding until the parties filed dispositive motions on March 28, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 20th day of April 2022.

/s/ K. Todd Curry

_____
K. Todd Curry

# EXHIBIT "A"

## K. Todd Curry

**From:** Alan Vanderhoff <alan.vanderhoff@vanderhofflaw.com>
**Sent:** Friday, August 27, 2021 3:37 PM
**To:** 'K. Todd Curry'
**Subject:** RE: Wolfe v. Atalla

Todd:

I am just saying that, as an attorney, I do not accept service of process of complaints on behalf of my clients. That is not a matter of our clients cooperating or not cooperating. I have not even raised the issue with Mr. Atalla. It is just not something that I do.

You and I have known each other for a long time and have had a good working relationship in the past. The best chance of resolving this matter is for you and me to work together on the facts and the law to see if we can resolve it before we are both subject to litigation demands and deadlines. This would be particularly beneficial to Ms. Wolfe because, given that she does not have a written agreement with Mr. Atalla, she has no basis to recovery your attorneys' fees in the case. It is in the best interests of both sides to keep the attorneys' fees to a minimum.

Let's get the facts on the table and then discuss whether we can resolve Ms. Wolfe's claim against Mr. Atalla.

Alan

**Alan Vanderhoff**
Vanderhoff Law Group
2514 Jamacha Rd Ste 502, PMB 139
El Cajon CA 92019-4492
Phone: (619)299-2050
alan.vanderhoff@vanderhofflaw.com

---

**From:** K. Todd Curry <tcurry@currylegal.com>
**Sent:** Friday, August 27, 2021 2:51 PM
**To:** alan.vanderhoff@vanderhofflaw.com
**Subject:** RE: Wolfe v. Atalla

So you want me to tell my client that Mr. Atalla will not cooperate but my client should? I wonder how that conversation with my client will turn out?

K. Todd Curry, Esq.
**CURRY ADVISORS**
A Professional Law Corporation
185 West F Street, Ste. 100
San Diego, CA 92101
T 619.238.0004 | F 619.238.0006
Broker CA DRE # 01926449

---

NOTICE: This email message is for the sole use of the intended recipient(s)
and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply email and destroy all copies of

1

the original message.
Thank you.

**From:** Alan Vanderhoff [mailto:alan.vanderhoff@vanderhofflaw.com]
**Sent:** Friday, August 27, 2021 2:47 PM
**To:** 'K. Todd Curry'
**Subject:** RE: Wolfe v. Atalla

Todd:
As a general rule, I do not accept service of complaints on behalf of my clients.
Alan

**Alan Vanderhoff**
Vanderhoff Law Group
2514 Jamacha Rd Ste 502, PMB 139
El Cajon CA 92019-4492
Phone: (619)299-2050
alan.vanderhoff@vanderhofflaw.com

**From:** K. Todd Curry <tcurry@currylegal.com>
**Sent:** Friday, August 27, 2021 2:21 PM
**To:** alan.vanderhoff@vanderhofflaw.com
**Subject:** RE: Wolfe v. Atalla

Hi Alan,

Nice to hear from you. I do not know the service status as I have been buried with another matter. Will you simply agree to accept service on his behalf so we can dispense with that, assuming he has not been served? Thanks.

Todd

K. Todd Curry, Esq.
**CURRY ADVISORS**
A Professional Law Corporation
185 West F Street, Ste. 100
San Diego, CA 92101
T 619.238.0004 | F 619.238.0006
Broker CA DRE # 01926449

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
Thank you.

**From:** Alan Vanderhoff [mailto:alan.vanderhoff@vanderhofflaw.com]
**Sent:** Thursday, August 26, 2021 6:10 PM
**To:** K. Todd Curry
**Subject:** Wolfe v. Atalla

2

Todd:

I am glad to see that you have survived Covid! I hope that you and your family are all healthy.

I am consulting with Adel Atalla with regard to the complaint filed by your firm on behalf of Wolfe Legal Group. My understanding is that Mr. Atalla has not yet been served. Please let me know if that is incorrect.

Would you please email me the detailed invoices which form the basis of the fees that you are seeking from Mr. Atalla. I have seen an invoice or two, but they did not contain the detailed descriptions of the services provided. They were of the "for services rendered - $___" variety.

Once I get my hands around the case, I will give you a call so that we can discuss whatever issues there may be.

Alan

**Alan Vanderhoff**
Vanderhoff Law Group
2514 Jamacha Rd Ste 502, PMB 139
El Cajon CA 92019-4492
Phone: (619)299-2050
alan.vanderhoff@vanderhofflaw.com