# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---|---|
| **ADV:** | 21-90002 |
| | **CUKER INTERACTIVE, LLC VS WOLFE LEGAL GROUP, PC** |
| **Debtor:** | CUKER INTERACTIVE, LLC |
| **Case Number:** | 18-07363-LA11     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 12, 2022 02:30 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) NOTICE OF PRE-TRIAL STATUS CONFERENCE (Fr. 2/3/22)

2) PLAINTIFF'S AND COUNTER-DEFENDANT CUKER INTERACTIVE, LLC MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION. FILED BY MICHAEL D. BRESLAUER ON BEHALF OF CUKER INTERACTIVE, LLC.

3) MOTION BY DEFENDANT AND COUNTERCLAIMANT WOLFE LEGAL GROUP, PC FOR PARTIAL SUMMARY JUDGMENT FILED BY K. TODD CURRY

4) MOTION FOR PARTIAL DISCRETIONARY ABSTENTION FILED BY K. TODD CURRY ON BEHALF OF DEFENDANT/COUNTERCLAIMANT WOLFE LEGAL GROUP, PC.

### Appearances:

MICHAEL D. BRESLAUER, ATTORNEY FOR CUKER INTERACTIVE, LLC (Tele)
K. TODD CURRY, ATTORNEY FOR WOLFE LEGAL GROUP, PC (Tele)

### Disposition:

1) Hearing continued to 6/2/22 at 2:00 to see if a settlement can be reached.

2-4) Tentative Ruling of the Court is affirmed.