# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 5/16/2022 |
| Case: 21–90002–LA | Form ID: pdfO1 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Alan Vanderhoff | alan.vanderhoff@vanderhofflaw.com |
| aty | K. Todd Curry | tcurry@currylegal.com |
| aty | Michael D. Breslauer | mbreslauer@swsslaw.com |

TOTAL: 3