# TENTATIVE RULING

## ISSUED BY JUDGE LOUISE DECARL ADLER

Adversary Case Name:    CUKER INTERACTIVE, LLC v. WOLFE LEGAL GROUP, PC

Adversary Number:    21-90002

Case Number:    18-07363-LA11

Hearing:    02:00 PM   Thursday, June 2, 2022

Motion:    NOTICE OF PRE-TRIAL STATUS CONFERENCE (Fr 5/12/22)

Parties are to appear telephonically and be prepared to discuss "next steps" in this adversary proceeding; namely, what remains to be determined, if any, and whether the parties see the need for a future evidentiary hearing on any remaining issues.