# Notice Recipients

District/Off: 0974–3         User: Admin.              Date Created: 6/9/2022
Case: 21–90002–LA            Form ID: pdfO1            Total: 5

**Recipients of Notice of Electronic Filing:**
aty    Alan Vanderhoff    alan.vanderhoff@vanderhofflaw.com
aty    K. Todd Curry    tcurry@currylegal.com
aty    Michael D. Breslauer    mbreslauer@swsslaw.com

    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Cuker Interactive, LLC    5600 Avenida Encinas, Suite 175    Carlsbad, CA 92008
cd    Cuker Interactive, LLC    5600 Avenida Encinas, Suite 175    Carlsbad, CA 92008

    TOTAL: 2