**CSD 3000C** [07/01/18]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Cuker Interactive, LLC

Order Entered on
June 14, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Cuker Interactive, LLC,<br><br>                                    Debtor. | **LODGED**<br><br>BANKRUPTCY NO. 18-07363-LA11 |
| Cuker Interactive, LLC,<br><br>                                    Plaintiff(s) | ADVERSARY NO. 21-90002-LA11 |
| v.<br>Wolfe Legal Group, PC,<br><br>                                    Defendant(s) | Date of Hearing: May 12, 2022<br>Time of Hearing: 2:30 p.m.<br>Name of Judge: Louise DeCarl Adler |

## ALTERNATE ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

The court orders as set forth on the continuation pages attached and numbered Two (2) through Two (2) with exhibits, if any, for a total of Two (2) pages. Notice of Lodgment Docket Entry No. 108.

//

//

//

//

DATED:   June 8, 2022



/s/ Louise DeCarl Adler
Judge, United States Bankruptcy Court

P:01557672.2:60665.017 **CSD 3000C**



ALTERNATE ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
DEBTOR: Cuker Interactive, LLC
CASE NO.: 18-07363-LA11
ADV. NO.: 21-90002-LA11

Cuker Interactive, LLC's Motion for Summary Judgment, or in the Alternative, Summary Adjudication [Docket No. 80] (the "Cuker Motion"), and the Motion by Defendant and Counterclaimant Wolfe Legal Group, PC for Partial Summary Judgment [Docket No. 65] (the "WLG Motion"), came on for hearing on May 12, 2022, at 2:30 p.m., in Department Two of the above-entitled Court, the Honorable Louise DeCarl Adler, United States Bankruptcy Judge, presiding. Plaintiff and Counter-Defendant Cuker Interactive, LLC ("Cuker") appeared by Solomon Ward Seidenwurm & Smith, LLP by Michael D. Breslauer; Defendant and Counterclaimant Wolfe Legal Group, PC ("WLG") appeared by Curry Advisors, A Professional Law Corporation by K. Todd Curry. The Court having considered the Cuker Motion and the WLG Motion, and the papers filed in support thereof and in opposition thereto; the Court having issued a Tentative Ruling on May 9, 2022 [Docket No. 101], a copy of which is attached hereto; the parties having submitted on the Tentative Ruling without additional argument; notice appearing proper; and good cause appearing therefor;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court adopts and grants the relief specified in the attached Tentative Ruling, which shall constitute the Court's findings of fact and conclusions of law in accordance with F.R. Bankr. P. 7052 and F.R. Civ. P. 52.

2. WLG shall be entitled to partial summary judgment as to the First Claim for Relief set forth in the First Amended Complaint (based on WLG's Sixteenth Affirmative Defense for recoupment) and as to its Counterclaim for annulment of the automatic stay. The Cuker Motion is denied as to the First Claim for Relief.

3. The Court having granted partial summary judgment for WLG as to the First Claim for Relief, the Second Claim for Relief is moot and shall be and hereby is dismissed with prejudice. The Cuker Motion is denied as to the Second Claim for Relief.

4. The Cuker Motion is granted in part as to the Third Claim for Relief—*i.e.*, its claim objection as to WLG's Third Amended Proof of Claim (Claim No. 5-4). Specifically, Cuker shall be entitled to partial summary judgment as to its objection to WLG's claim for payment for the December 14, 2018 deposition of Mark Henry in the amount of $4,823.15. The Cuker Motion otherwise is denied as to the Third Claim for Relief.

5. Except with respect to the $4,823.15 for the Mark Henry deposition (which is addressed above), Cuker withdraws and dismisses its Third Claim for Relief as to any remaining issues in the Third Claim for Relief not addressed by the Cuker Motion.

Therefore, WLG's Claim No. 5-4 shall be allowed in the amount of $12,496.53, which consists of principal in the amount of $7,145.58 ($11,968.73 - $4,823.15), plus interest on such sum from December 13, 2018 through May 31, 2022 at the rate of 21.6% per annum totaling $5,350.95 ($4.23 per day x 1265 days) (the "WLG Allowed Claim"). The WLG Allowed Claim may be paid from WLG's trust account without further order of the Court.

6. With respect to the net retainer balance of $5,073.57 ($17,570.10 – $12,496.53), WLG shall return such sum to Cuker forthwith.

7.  Each party to this Adversary Proceeding shall bear its own costs.


IT IS SO ORDERED.

P:01557672.2:60665.017 **CSD 3000C**


American LegalNet, Inc.
www.FormsWorkFlow.com

Signed by Judge Louise DeCarl Adler June 8, 2022