# Notice Recipients

District/Off: 0974–3 | User: Admin. | Date Created: 6/14/2022
Case: 21–90002–LA | Form ID: pdfO1 | Total: 5

**Recipients of Notice of Electronic Filing:**
aty     Alan Vanderhoff         alan.vanderhoff@vanderhofflaw.com
aty     K. Todd Curry           tcurry@currylegal.com
aty     Michael D. Breslauer    mbreslauer@swsslaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Cuker Interactive, LLC     5600 Avenida Encinas, Suite 175     Carlsbad, CA 92008
cd      Cuker Interactive, LLC     5600 Avenida Encinas, Suite 175     Carlsbad, CA 92008

TOTAL: 2