CSD 1500 (07/01/18)
Name, Address, Telephone No. & I.D. No.

CURRY ADVISORS
A Professional Law Corporation
  K. Todd Curry (149360)
185 West F Street, Ste. 100
San Diego, CA 92101
T: (619) 238-0004 | F: (619) 238-0006
Counsel for Defendant and Counterclaimant Wolfe Legal Group, PC

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>CUKER INTERACTIVE, LLC<br><br>Debtor. | | BANKRUPTCY NO. 18-07363-LA11 |
|---|---|---|
| CUKER INTERACTIVE, LLC | ☑ Plaintiff(s) (Adv)<br>☐ Movant(s) (RS) | ADVERSARY NO. 21-90002-LA<br>RS NO. |
| v.<br>WOLFE LEGAL GROUP, PC | ☑ Defendant(s) (Adv)<br>☐ Respondents(s)(RS) | Date of Hearing:<br>Time of Hearing:<br>Name of Judge: Hon. Louise DeCarl Adler |

# NOTICE OF LODGMENT

**TO: All Parties in Interest**

**PLEASE TAKE NOTICE that:**

    **On** June 24, 2022, the undersigned party lodged with the court a proposed

Order on Judgment in Adversary Proceeding,

a copy of which is attached as Exhibit A and incorporated by reference.

Under Rule 7054-3(b) of the Local Bankruptcy Rules of this court, any objections to the form or content of this proposed

Order on Judgment in Adversary Proceeding

must be filed and served on the undersigned party within 7 days from the date of service of this Notice of Lodgment.

DATED: June 24, 2022

/s/ K. Todd Curry
☐ Party ☑ Attorney for Movant

CSD 1500

**CSD 1500** [07/01/18] (Page 2)

# CERTIFICATE OF SERVICE

I, K. Todd Curry  am a resident of the State of California, over the age of 18 years, and not a party to this action.

On June 24, 2022 , I served the Notice of Lodgment:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On June 24, 2022 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:
Michael D. Breslauer on behalf of Plaintiffs Cuker Interactive, LLC: mbreslauer@swsslaw.com, wyones@swsslaw.com;  Alan Vanderhoff on behalf of Interested Party Adel Atalla: alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net

☐ Chapter 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

**CSD 1500**

CSD 1500 [07/01/18] (Page 3)

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   June 24, 2022              /s/ K. Todd Curry
              (Date)                     (Typed Name and Signature)

                                         185 West F Street, Ste. 100
                                         (Address)

                                         San Diego, CA 92101
                                         (City, State, ZIP Code)

CSD 1500

# EXHIBIT "A"

**CSD 3000C** [07/01/18]
Name, Address, Telephone No. & I.D. No.

CURRY ADVISORS
A Professional Law Corporation
  K. Todd Curry (149360)
185 West F Street, Ste. 100
San Diego, CA 92101
T: (619) 238-0004  |  F: (619) 238-0006
Counsel for Defendant and Counterclaimant Wolfe Legal Group, PC

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>CUKER INTERACTIVE, LLC<br><br>                                   Debtor. | **LODGED**<br><br>BANKRUPTCY NO. 18-07363-LA11 |
|---|---|
| CUKER INTERACTIVE, LLC<br><br>                                   Plaintiff(s) | ADVERSARY NO. 21-90002-LA |
| v.<br>WOLFE LEGAL GROUP, PC<br><br>                                   Defendant(s) | Date of Hearing:<br>Time of Hearing:<br>Name of Judge: Hon. Louise DeCarl Adler |

**ORDER ON**
JUDGMENT IN ADVERSARY PROCEEDING

The court orders as set forth on the continuation pages attached and numbered __1__ through __2__ with exhibits, if any, for a total of __2__ pages. Notice of Lodgment Docket Entry No. __116__ .

//
//
//
//

DATED: _____    _____
                                                                   Judge, United States Bankruptcy Court

**CSD 3000C**

CSD 3000C [07/01/18]**(Page 2)**
ORDER ON JUDGMENT IN ADVERSARY PROCEEDING
DEBTOR: CUKER INTERACTIVE, LLC                              CASE NO.: 18-07363-LA11
                                                            ADV. NO.: 21-90002-LA

The Court having entered the Order on Cross Motions For Summary Judgment on June 9, 2022 as Docket No. 112 (the "Summary Judgment Order"), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Judgment shall be and hereby is granted in favor of defendant and counterclaimant Wolfe Legal Group, PC ("WLG") as to (i) the First Claim for Relief set forth in the First Amended Complaint, and (ii) WLG's Claim for Relief set forth in its Counterclaim.

2. As to the Third Claim for Relief and the Fourth Claim for Relief set forth in the First Amended Complaint, WLG's Claim No. 5-4 shall be allowed in the amount of $12,496.53. After deducting such sum from the retainer amount, WLG shall pay to Cuker Interactive, LLC the retainer balance in the amount of $5,073.57, subject, however, to any award in favor of WLG on account of any Bill of Costs that it timely files.

3. The Second Claim for Relief having been dismissed with prejudice as moot pursuant to the Summary Judgment Order, all Claims for Relief in the First Amended Complaint and in the Counterclaim have been addressed and determined.

4. To the extent either party claims costs as a prevailing party in accordance with F.R. Bankr. P. 7054(b), such party must file a Bill of Costs within 14 days of entry of Judgment in accordance with S.D. Cal. Dist. Ct. R. 54.1(a).

**CSD 3000C**