**CSD 3000C** [07/01/18]
Name, Address, Telephone No. & I.D. No.

CURRY ADVISORS
A Professional Law Corporation
  K. Todd Curry (149360)
185 West F Street, Ste. 100
San Diego, CA 92101
T: (619) 238-0004 | F: (619) 238-0006
Counsel for Defendant and Counterclaimant Wolfe Legal Group, PC

Order Entered on
July 6, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>CUKER INTERACTIVE, LLC<br><br>Debtor. | **LODGED**<br><br>BANKRUPTCY NO. 18-07363-LA11 |
| CUKER INTERACTIVE, LLC<br><br>Plaintiff(s) | ADVERSARY NO. 21-90002-LA |
| v.<br>WOLFE LEGAL GROUP, PC<br><br>Defendant(s) | Date of Hearing:<br>Time of Hearing:<br>Name of Judge: Hon. Louise DeCarl Adler |

**ORDER ON**
JUDGMENT IN ADVERSARY PROCEEDING

The court orders as set forth on the continuation pages attached and numbered __1__ through __2__ with exhibits, if any, for a total of __2__ pages. Notice of Lodgment Docket Entry No. __116__.

//
//
//
//

DATED: July 6, 2022

_____
Judge, United States Bankruptcy Court

**CSD 3000C**

**CSD 3000C** [07/01/18]**(Page 2)**
ORDER ON JUDGMENT IN ADVERSARY PROCEEDING
DEBTOR: CUKER INTERACTIVE, LLC                                                          CASE NO.: 18-07363-LA11
                                                                                                                            ADV. NO.:  21-90002-LA

The Court having entered the Order on Cross Motions For Summary Judgment on June 9, 2022 as Docket No. 112 (the "Summary Judgment Order"), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.  Judgment shall be and hereby is granted in favor of defendant and counterclaimant Wolfe Legal Group, PC ("WLG") as to (i) the First Claim for Relief set forth in the First Amended Complaint, and (ii) WLG's Claim for Relief set forth in its Counterclaim.

2.  As to the Third Claim for Relief and the Fourth Claim for Relief set forth in the First Amended Complaint, WLG's Claim No. 5-4 shall be allowed in the amount of $12,496.53.  After deducting such sum from the retainer amount, WLG shall pay to Cuker Interactive, LLC the retainer balance in the amount of $5,073.57, subject, however, to any award in favor of WLG on account of any Bill of Costs that it timely files.

3.  The Second Claim for Relief having been dismissed with prejudice as moot pursuant to the Summary Judgment Order, all Claims for Relief in the First Amended Complaint and in the Counterclaim have been addressed and determined.

4.  To the extent either party claims costs as a prevailing party in accordance with F.R. Bankr. P. 7054(b), such party must file a Bill of Costs within 14 days of entry of Judgment in accordance with S.D. Cal. Dist. Ct. R. 54.1(a).

**CSD 3000C**

Signed by Judge Laura Stuart Taylor July 6, 2022