## Notice Recipients

District/Off: 0974–3      User: Admin.      Date Created: 7/6/2022
Case: 21–90002–LT      Form ID: pdfO1      Total: 3

**Recipients of Notice of Electronic Filing:**
aty      Alan Vanderhoff      alan.vanderhoff@vanderhofflaw.com
aty      K. Todd Curry      tcurry@currylegal.com
aty      Michael D. Breslauer      mbreslauer@swsslaw.com

TOTAL: 3