CURRY ADVISORS
A Professional Law Corporation
  K. Todd Curry (149360)
185 West F Street, Ste. 100
San Diego, California 92101
Telephone: (619) 238-0004
Fax Number: (619) 238-0006

Counsel for Defendant/Counterclaimant
Wolfe Legal Group, PC

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CUKER INTERACTIVE, LLC,<br><br>           Debtor.<br><br>Bankruptcy Case No. 18-07363-LA11<br>_____<br><br>CUKER INTERACTIVE, LLC,<br><br>           Plaintiff,<br>v.<br><br>WOLFE LEGAL GROUP, PC,<br><br>           Defendant.<br>_____ | ADVERSARY NO. 21-90002-LT<br><br>DECLARATION OF K. TODD CURRY IN SUPPORT OF BILL OF COSTS<br><br><br><br><br><br>Date:  July 27, 2022<br>Time:  3:30 p.m.<br>Clerk's Office, Telephonic) |

I, K. Todd Curry, declare as follows:

    1.    I am an attorney at law, duly licensed to practice before this Court and all courts of the State of California, and I am a principal of Curry Advisors, A Professional Law Corporation, which is counsel for Wolfe Legal Group, PC ("WLG"). I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I would be competent to testify to such facts.

1     2.    Attached as Exhibit 1 are true and correct copies of invoices for the deposition transcripts that are the subject of the Bill of Costs filed on July 7, 2022 as Docket No. 121. These costs totaling $5,925.03 are allowable by law pursuant to So. Dist. of Cal. Local Ct. Rule 54.1(b)(3), are correctly stated, were necessarily incurred, and have been paid by WLG and my office.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 7th day of July 2022.

                                        /s/ K. Todd Curry

                                        K. Todd Curry

-2-

# EXHIBIT 1



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220098816-11 | 2/11/2022 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 6062414 | 1/24/2022 | $705.99 |

| Case Name |
|---|
| In re: Cuker Interactive, LLC |

| Case No. |
|---|
| 1807363LA11 |

**W - SAN DIEGO**
501 West Broadway Suite 1000
San Diego CA 92101
Phone: 619-573-4883  Fax: 619-535-7033

**K. Todd Curry, Esquire**
**Curry Advisors**
525 B Street # 1500
San Diego CA 92101

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | K. Todd Curry, Esquire<br>Curry Advisors<br>525 B Street # 1500<br>San Diego CA 92101 | Client Matter No:60665-001<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Loretta Rhea | | | | |
| Copy | 95.00 | Pages | $4.40 | $418.00 |
| Exhibit | 52.00 | Pages | $0.70 | $36.40 |
| Condensed Transcript | 1.00 | N/A | $32.50 | $32.50 |
| Transcript Handling & Processing | 1.00 | N/A | $72.00 | $72.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| **Total Due** | | | | **$613.90** |
| (-) Payments/Credits | | | | $0.00 |
| (+) Finance Charges/Late Fees | | | | $92.09 |
| (=) New Balance | | | | $705.99 |

**Tax ID : 76-0523238**                                                                                              Phone: 619-238-0004

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

K. Todd Curry, Esquire
Curry Advisors
525 B Street # 1500
San Diego CA 92101

| Invoice No. | 20220098816-11 | Invoice Date | 2/11/2022 |
|---|---|---|---|
| Job No. | 6062414 | Case No. | 1807363LA11 |
| Total Due | $705.99 | | |

Remit To:   **U.S. Legal Support, Inc.**
           **P.O. Box 4772**
           **Houston, TX 77210**

**PAY BY CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:



# INVOICE

**W - SAN DIEGO**
501 West Broadway Suite 1000
San Diego CA 92101
Phone: 619-573-4883  Fax: 619-535-7033

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220102526-11 | 2/11/2022 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 6062414 | 1/24/2022 | $1586.64 |

| Case Name |
|---|
| In re: Cuker Interactive, LLC |

K. Todd Curry, Esquire
Curry Advisors
525 B Street # 1500
San Diego CA 92101

| Case No. |
|---|
| 1807363LA11 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | K. Todd Curry, Esquire<br>Curry Advisors<br>525 B Street # 1500<br>San Diego CA 92101 | Client Matter No:60665-001<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| SPLIT 50.00% COST OF PERTAINING TO: (SHARE OF COSTS) General | | | | |
| RemoteDepo (Virtual Room) | 1.00 | N/A | $220.00 | $220.00 |
| Reporter Attendance Fee - 2 Hour Min | 8.25 | Hours | $45.00 | $371.25 |
| Non-Traditional Hours | 0.75 | Hours | $97.50 | $73.13 |
| ORIGINAL TRANSCRIPT OF: Adel Atalla | | | | |
| Original | 140.00 | Pages | $5.95 | $833.00 |
| Transcript Handling & Processing | 1.00 | N/A | $72.00 | $72.00 |
| Shipping of Hard Copy Original, Copy, or Media - Standard | 1.00 | N/A | $25.00 | $25.00 |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Condensed Transcript | 1.00 | N/A | $32.50 | $32.50 |

|  |  |
|---|---|
| Total | $1711.88 |
| (-) Split | $332.19 |
| Total Due | $1379.69 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Late Fees | $206.95 |
| (=) New Balance | $1586.64 |

**Tax ID : 76-0523238**

Phone: 619-238-0004

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.



# INVOICE

**W - SAN DIEGO**
501 West Broadway Suite 1000
San Diego CA 92101
Phone: 619-573-4883  Fax: 619-535-7033

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220103766-11 | 2/14/2022 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 6062414 | 1/24/2022 | $54.74 |

| Case Name |
|---|
| In re: Cuker Interactive, LLC |

| Case No. |
|---|
| 1807363LA11 |

K. Todd Curry, Esquire
Curry Advisors
525 B Street # 1500
San Diego CA 92101

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | K. Todd Curry, Esquire<br>Curry Advisors<br>525 B Street # 1500<br>San Diego CA 92101 | Client Matter No:60665-001<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| EXHIBITS ONLY: Adel Atalla | | | | |
| Exhibit | 68.00 | Pages | $0.70 | $47.60 |
| **Total Due** | | | | **$47.60** |
| (-) Payments/Credits | | | | $0.00 |
| (+) Finance Charges/Late Fees | | | | $7.14 |
| (=) New Balance | | | | $54.74 |

**Tax ID : 76-0523238**                                                                Phone: 619-238-0004

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

K. Todd Curry, Esquire
Curry Advisors
525 B Street # 1500
San Diego CA 92101

| Invoice No. | 20220103766-11 | Invoice Date | 2/14/2022 |
|---|---|---|---|
| Job No. | 6062414 | Case No. | 1807363LA11 |
| Total Due | $54.74 | | |

Remit To:  **U.S. Legal Support, Inc.**
           **P.O. Box 4772**
           **Houston, TX 77210**

**PAY BY CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:            Phone:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:



**U.S. Legal Support**

W - SAN DIEGO
501 West Broadway Suite 1000
San Diego CA 92101
Phone: 619-573-4883  Fax: 619-535-7033

K. Todd Curry, Esquire
Curry Advisors
525 B Street # 1500
San Diego CA 92101

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220095207-11 | 2/11/2022 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 6062426 | 1/25/2022 | $1069.73 |

| Case Name |
|---|
| In re: Cuker Interactive, LLC |

| Case No. |
|---|
| 1807363LA11 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | K. Todd Curry, Esquire<br>Curry Advisors<br>525 B Street # 1500<br>San Diego CA 92101 | Client Matter No:60665-001<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Deborah A. Wolfe | | | | |
| Copy | 161.00 | Pages | $4.40 | $708.40 |
| Exhibit | 89.00 | Pages | $0.70 | $62.30 |
| Condensed Transcript | 1.00 | N/A | $32.50 | $32.50 |
| Transcript Handling & Processing | 1.00 | N/A | $72.00 | $72.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| **Total Due** | | | | **$930.20** |
| (-) Payments/Credits | | | | $0.00 |
| (+) Finance Charges/Late Fees | | | | $139.53 |
| (=) New Balance | | | | $1069.73 |

Tax ID : 76-0523238                                             Phone: 619-238-0004

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

K. Todd Curry, Esquire
Curry Advisors
525 B Street # 1500
San Diego CA 92101

| Invoice No. | 20220095207-11 | Invoice Date | 2/11/2022 |
|---|---|---|---|
| Job No. | 6062426 | Case No. | 1807363LA11 |
| Total Due | $1069.73 | | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**  AMEX  MC  VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220099288-11 | 2/11/2022 | Due upon receipt |

| Job No. | Job Date | Balance |
|---|---|---|
| 6067671 | 1/25/2022 | $1597.38 |

**W - SAN DIEGO**
501 West Broadway Suite 1000
San Diego CA 92101
Phone: 619-573-4883  Fax: 619-535-7033

| Case Name |
|---|
| In re: Cuker Interactive, LLC |

**K. Todd Curry, Esquire**
**Curry Advisors**
525 B Street # 1500
San Diego CA 92101

| Case No. |
|---|
| 1807363LA11 |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote Videoconference | K. Todd Curry, Esquire<br>Curry Advisors<br>525 B Street # 1500<br>San Diego CA 92101 | Client Matter No:60665-001<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---:|---|---:|---:|
| SPLIT 50.00% COST OF PERTAINING TO: (SHARE OF COSTS) General | | | | |
| RemoteDepo (Virtual Room) | 1.00 | N/A | $220.00 | $220.00 |
| Reporter Attendance Fee - 2 Hour Min | 8.00 | Hours | $45.00 | $360.00 |
| Non-Traditional Hours | 0.50 | Hours | $97.50 | $48.75 |
| ORIGINAL TRANSCRIPT OF: Adel Atalla, Vol. II | | | | |
| Original | 137.00 | Pages | $5.35 | $732.95 |
| Exhibit | 146.00 | Pages | $0.70 | $102.20 |
| Shipping of Hard Copy Original, Copy, or Media - Standard | 1.00 | N/A | $25.00 | $25.00 |
| Transcript Handling & Processing | 1.00 | N/A | $72.00 | $72.00 |
| Shipping of Hard Copy Original, Copy, or Media - Standard | 1.00 | N/A | $25.00 | $25.00 |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Condensed Transcript | 1.00 | N/A | $32.50 | $32.50 |
| | | **Total** | | **$1703.40** |
| | | **(-) Split** | | **$314.37** |
| | | **Total Due** | | **$1389.03** |
| | | **(-) Payments/Credits** | | **$0.00** |
| | | **(+) Finance Charges/Late Fees** | | **$208.35** |
| | | **(=) New Balance** | | **$1597.38** |

Tax ID : 76-0523238                                                                                                                    Phone: 619-238-0004

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

# INVOICE

1 of 1



Litigation SERVICES
3960 Howard Hughes Pkwy
Suite 700
Las Vegas, NV 89169
Phone: 800.330.1112
litigationservices.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1522041 | 2/14/2022 | 848199 |
| **Job Date** | **Case No.** | |
| 2/9/2022 | 18-07363-LA11 | |
| **Case Name** | | |
| In Re: Cuker Interactive, LLC vs. Wolfe Legal Group, PC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

K. Todd Curry, Esq.
Curry Advisors
185 West F Street, Suite 100
San Diego, CA 92101

Original and One Certified Copy (Minimum):
    Michael D. Breslauer      910.55

**TOTAL DUE   >>>**     **$910.55**

Location of Job    : Remote Appearance - CentextLIVE (ZOOM)

Please note, disputes or refunds will not be honored or issued after 30 days

**Tax ID:** 37-1787700

*Please detach bottom portion and return with payment.*

K. Todd Curry, Esq.
Curry Advisors
185 West F Street, Suite 100
San Diego, CA 92101

Job No.       : 848199           BU ID       : SD-CR
Case No.      : 18-07363-LA11
Case Name     : In Re: Cuker Interactive, LLC vs. Wolfe Legal
                Group, PC
Invoice No.   : 1522041          Invoice Date : 2/14/2022
Total Due     : $910.55

Remit To: **Litigation Services & Technologies of California, LLC**
**P.O. Box 98813**
**Las Vegas, NV 89193-8813**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: