CSD 3066 [6/04/2020]
Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Plaintiff Cuker Interactive, LLC

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Cuker Interactive, LLC,<br><br>Debtor | Bankruptcy No. 18-07363-LT11 |
| Cuker Interactive, LLC,<br><br>Plaintiff(s) | Adversary No. 21-90002-LT11 |
| v.<br>Wolfe Law Group, P.C.,<br><br>Defendant(s) | Date: July 27, 2022<br>Time: 3:30 p.m. |

**BILL OF COSTS**

Notice is given that the following Bill of Costs will be presented to the Clerk of the Bankruptcy Court on the date and time stated above in <u>Room 234</u> of the Jacob Weinberger U.S. Courthouse, 325 West "F" Street, San Diego, California.

Judgment was entered in the above entitled action on ___July 6, 2022_____(date), against :
Wolfe Law Group, P.C.

The clerk of the bankruptcy court is requested to tax the following as costs:

| | |
|---|---|
| Fees of the clerk  ............................................................................................................ | $ _____ |
| Fees for service of summons and complaint  ................................................................... | $ _____ |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case | $ 4,138.57 |
| Fees and disbursements for printing  ............................................................................... | $ _____ |
| Fees for witnesses (*itemized on reverse*)  ..................................................................... | $ _____ |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case  .......................... | $ _____ |
| Docket fees under 28 U.S.C. § 1923  ............................................................................... | $ _____ |
| Costs incident to taking of depositions  .......................................................................... | $ _____ |
| Costs as shown on Mandate of appellate court  ............................................................... | $ _____ |
| Other costs [*itemized on reverse*]  ................................................................................ | $ _____ |
| TOTAL | $ 4,138.57 |

**DECLARATION**

I, attorney for ___Cuker Interactive, LLC_____,declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to *(insert Name and Address of Judgment Debtor):*
K. Todd Curry, Esq., Curry Advisors
185 West F. Street, Suite 100, San Diego, CA 92101

DATED: July 20, 2022

/s/ Michael D. Breslauer
[Attorney for] Moving Party
Plaintiff Cuker Interactive, LLC

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT:  $ _____
DATED:

Michael Williams, Clerk

CSD 3066


American LegalNet, Inc.
www.FormsWorkFlow.com

CSD 3066 (Page 2) [6/04/2020]

**WITNESS FEES** (computation, cf. 28 U.S.C. § 1821 for statutory fees)

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | TOTAL COST EACH WITNESS |
|---|---|---|---|---|---|---|---|
| | DAYS | TOTAL COST | DAYS | TOTAL COST | MILES | TOTAL COST | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | TOTAL |

NOTICE

**Section 1924, Title 28, U.S. Code provides:**

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions: FRBP 7054(b)(1)**

"(1) Costs *Other Than Attorney's Fees.* The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on 14 days' notice; on motion served within seven days thereafter, the action of the clerk may be reviewed by the court."

**FRBP 9006(f)**

"ADDITIONAL TIME AFTER SERVICE BY MAIL OR UNDER RULE 5(b)(2)(D), (E), OR (F) F.R.Civ.P. When there is a right or requirement to act or undertake some proceedings within a prescribed period after service and that service is by mail or under Rule 5(b)(2)(D), (E), or (F) F.R.Civ.P., three days are added after the prescribed period would otherwise expire under Rule 9006(a)."

**Rule 7058**

This rule incorporates Rule 58 F.R.Civ.P. Rule 58(e) provides, in part, "Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees."

**District Court Local Rule 54.1 governs costs in this district.**

CSD 3066


American LegalNet, Inc.
www.FormsWorkFlow.com