MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Plaintiff and Counter-Defendant CUKER INTERACTIVE, LLC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CUKER INTERACTIVE, LLC,<br><br>Reorganized Debtor. | Case No. 18-07363-LT11<br><br>Chapter 11<br><br>Adv No. 21-90002-LT11<br><br>**DECLARATION OF MICHAEL D. BRESLAUER RE BILL OF COSTS** |
| CUKER INTERACTIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WOLFE LEGAL GROUP, PC,<br><br>Defendant. | Date: July 27, 2022<br>Time: 3:30 a.m.<br><br>Honorable Laura S. Taylor |
| AND RELATED CROSS-ACTION | |

I, MICHAEL D. BRESLAUER, declare:

1. I am over 18 years of age and am duly licensed to practice law in the State of California and admitted to practice law in the United States District and Bankruptcy Courts for each of the Districts in California. I am a partner of Solomon Ward Seidenwurm & Smith, LLP ("Solomon Ward"), and am Chapter 11 bankruptcy counsel for Cuker Interactive, LLC ("Cuker"). I have personal knowledge of the facts set forth in this declaration and could and would testify

P:01570328.1:60665.017

thereto if called as witness in this matter.

2. True and correct copies of invoices for the Deposition transcripts that are the subject of the Bill of Costs are attached hereto as Exhibit 1.

3. These costs totaling $4,138.57 are allowable by law pursuant to Local Rule 54.1(b)(3), are correctly stated, were necessarily incurred, and have been paid by Plaintiff.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct of my own personal knowledge and was executed this 20th day of July 2022 at San Diego, California.

/s/ Michael D. Breslauer
MICHAEL D. BRESLAUER

# EXHIBIT 1



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220098815-11 | 2/11/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6062414 | 1/24/2022 | $0.00 |

| Case Name |
|---|
| In re: Cuker Interactive, LLC |

| Case No. |
|---|
| 1807363LA11 |

**W - SAN DIEGO**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 619-573-4883  Fax: 619-535-7033

**Michael D. Breslauer, Esquire**
Solomon, Ward, Seidenwurm & Smith, L.L.P.
401 B Street # #1200
San Diego CA 92101

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference (Remote Counsel) | Michael D. Breslauer, Esquire<br>Solomon, Ward, Seidenwurm & Smith, L.L.P.<br>401 B Street # #1200<br>San Diego CA 92101 | Client Matter No:60665-001<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| SPLIT 50.00% COST OF PERTAINING TO: (SHARE OF COSTS) General | | | | |
| RemoteDepo (Virtual Room) | 1.00 | N/A | $220.00 | $220.00 |
| Reporter Attendance Fee - 2 Hour Min | 8.25 | Hours | $45.00 | $371.25 |
| Non-Traditional Hours | 0.75 | Hours | $97.50 | $73.13 |
| ORIGINAL TRANSCRIPT OF: Loretta Rhea | | | | |
| Original | 95.00 | Pages | $5.70 | $541.50 |
| Exhibit | 52.00 | Pages | $0.60 | $31.20 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $72.00 | $72.00 |
| Shipping of Hard Copy Original, Copy, or Media - Standard | 1.00 | N/A | $25.00 | $25.00 |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |
| | | Total | | $1419.08 |
| | | (-) Split | | $332.19 |
| | | Total Due | | $1086.89 |
| | | (-) Payments/Credits | | $1086.89 |
| | | (+) Finance Charges/Late Fees | | $0.00 |
| | | (=) New Balance | | $0.00 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                             Phone: 619-231-0303

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Michael D. Breslauer, Esquire
Solomon, Ward, Seidenwurm & Smith, L.L.P.
401 B Street # #1200
San Diego CA 92101

| Invoice No. | 20220098815-11 | Invoice Date | 2/11/2022 |
|---|---|---|---|
| Job No. | 6062414 | Case No. | 1807363LA11 |
| Total Due | $0.00 | | |

Remit To:   U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

PAY BY CREDIT CARD    

Cardholder's Name:

Card Number:

Exp. Date:                    Phone:

Billing Address:

Zip:                                Card Security Code:

Amount to Charge:

Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220095202-11 | 2/11/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6062426 | 1/25/2022 | $0.00 |

| Case Name |
|---|
| In re: Cuker Interactive, LLC |

| Case No. |
|---|
| 1807363LA11 |

W - SAN DIEGO
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 619-573-4883  Fax: 619-535-7033

Michael D. Breslauer, Esquire
Solomon, Ward, Seidenwurm & Smith, L.L.P.
401 B Street # #1200
San Diego CA 92101

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference (Remote Counsel) | Michael D. Breslauer, Esquire<br>Solomon, Ward, Seidenwurm & Smith, L.L.P.<br>401 B Street # #1200<br>San Diego CA 92101 | Client Matter No:60665-001<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| SPLIT 50.00% COST OF PERTAINING TO: (SHARE OF COSTS) General | | | | |
| RemoteDepo (Virtual Room) | 1.00 | N/A | $220.00 | $220.00 |
| Reporter Attendance Fee - 2 Hour Min | 8.00 | Hours | $45.00 | $360.00 |
| Non-Traditional Hours | 0.50 | Hours | $97.50 | $48.75 |
| ORIGINAL TRANSCRIPT OF: Deborah A. Wolfe | | | | |
| Original | 161.00 | Pages | $5.10 | $821.10 |
| Exhibit | 89.00 | Pages | $0.60 | $53.40 |
| Transcript Handling & Processing | 1.00 | N/A | $72.00 | $72.00 |
| Shipping of Hard Copy Original, Copy, or Media - Standard | 1.00 | N/A | $25.00 | $25.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |
| | | | Total | $1685.25 |
| | | | (-) Split | $314.37 |
| | | | Total Due | $1370.88 |
| | | | (-) Payments/Credits | $1370.88 |
| | | | (+) Finance Charges/Late Fees | $0.00 |
| | | | (=) New Balance | $0.00 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                                    Phone: 619-231-0303

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Michael D. Breslauer, Esquire  
Solomon, Ward, Seidenwurm & Smith, L.L.P.  
401 B Street # #1200  
San Diego CA 92101

| Invoice No. | 20220095202-11 |
|---|---|
| Job No. | 6062426 |
| Total Due | $0.00 |

| Invoice Date | 2/11/2022 |
|---|---|
| Case No. | 1807363LA11 |

Remit To: **U.S. Legal Support, Inc.**  
**P.O. Box 4772**  
**Houston, TX 77210**

**PAY BY CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220102528-11 | 2/11/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6062414 | 1/24/2022 | $0.00 |

| Case Name |
|---|
| In re: Cuker Interactive, LLC |

| Case No. |
|---|
| 1807363LA11 |

**W - SAN DIEGO**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 619-573-4883  Fax: 619-535-7033

**Michael D. Breslauer, Esquire**
Solomon, Ward, Seidenwurm & Smith, L.L.P.
401 B Street # #1200
San Diego CA 92101

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference (Remote Counsel) | Michael D. Breslauer, Esquire<br>Solomon, Ward, Seidenwurm & Smith, L.L.P.<br>401 B Street # #1200<br>San Diego CA 92101 | Client Matter No:60665-001<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Adel Atalla | | | | |
| Copy | 140.00 | Pages | $4.40 | $616.00 |
| Condensed Transcript | 1.00 | N/A | $32.50 | $32.50 |
| Transcript Handling & Processing | 1.00 | N/A | $72.00 | $72.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| | **Total Due** | | | **$775.50** |
| | (-) Payments/Credits | | | $775.50 |
| | (+) Finance Charges/Late Fees | | | $0.00 |
| | (=) New Balance | | | $0.00 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                                    Phone: 619-231-0303

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Michael D. Breslauer, Esquire
Solomon, Ward, Seidenwurm & Smith, L.L.P.
401 B Street # #1200
San Diego CA 92101

| Invoice No. | 20220102528-11 | Invoice Date | 2/11/2022 |
|---|---|---|---|
| Job No. | 6062414 | Case No. | 1807363LA11 |
| Total Due | $0.00 | | |

Remit To:  **U.S. Legal Support, Inc.**
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD** 

Cardholder's Name:

Card Number:

Exp. Date:                              Phone:

Billing Address:

Zip:                              Card Security Code:

Amount to Charge:

Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220102761-11 | 2/11/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6067671 | 1/25/2022 | $0.00 |

| Case Name |
|---|
| In re: Cuker Interactive, LLC |

| Case No. |
|---|
| 1807363LA11 |

**W - SAN DIEGO**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 619-573-4883  Fax: 619-535-7033

Michael D. Breslauer, Esquire
Solomon, Ward, Seidenwurm & Smith, L.L.P.
401 B Street # #1200
San Diego CA 92101

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference (Remote Counsel) | Michael D. Breslauer, Esquire<br>Solomon, Ward, Seidenwurm & Smith, L.L.P.<br>401 B Street # #1200<br>San Diego CA 92101 | Client Matter No:60665-001<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Adel Atalla, Vol. II | | | | |
| Copy | 137.00 | Pages | $4.40 | $602.80 |
| Exhibit | 146.00 | Pages | $0.70 | $102.20 |
| Condensed Transcript | 1.00 | N/A | $32.50 | $32.50 |
| Transcript Handling & Processing | 1.00 | N/A | $72.00 | $72.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| **Total Due** | | | | **$864.50** |
| (-) Payments/Credits | | | | $864.50 |
| (+) Finance Charges/Late Fees | | | | $0.00 |
| (=) New Balance | | | | $0.00 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                                           Phone: 619-231-0303

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Michael D. Breslauer, Esquire
Solomon, Ward, Seidenwurm & Smith, L.L.P.
401 B Street # #1200
San Diego CA 92101

| Invoice No. | 20220102761-11 | Invoice Date | 2/11/2022 |
|---|---|---|---|
| Job No. | 6067671 | Case No. | 1807363LA11 |
| Total Due | $0.00 | | |

Remit To:  U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD**    AMEX  DISCOVER  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220103764-11 | 2/14/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6062414 | 1/24/2022 | $0.00 |

**W - SAN DIEGO**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 619-573-4883  Fax: 619-535-7033

| Case Name |
|---|
| In re: Cuker Interactive, LLC |

| Case No. |
|---|
| 1807363LA11 |

Michael D. Breslauer, Esquire
Solomon, Ward, Seidenwurm & Smith, L.L.P.
401 B Street # #1200
San Diego CA 92101

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference (Remote Counsel) | Michael D. Breslauer, Esquire<br>Solomon, Ward, Seidenwurm & Smith, L.L.P.<br>401 B Street # #1200<br>San Diego CA 92101 | Client Matter No:60665-001<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| EXHIBITS ONLY: Adel Atalla | | | | |
| Exhibit | 68.00 | Pages | $0.60 | $40.80 |
| | | **Total Due** | | **$40.80** |
| | | **(-) Payments/Credits** | | **$40.80** |
| | | **(+) Finance Charges/Late Fees** | | **$0.00** |
| | | **(=) New Balance** | | **$0.00** |

Tax ID : 76-0523238  Nevada Firm Registration # 067F

Phone: 619-231-0303

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Michael D. Breslauer, Esquire
Solomon, Ward, Seidenwurm & Smith, L.L.P.
401 B Street # #1200
San Diego CA 92101

| Invoice No. | 20220103764-11 | Invoice Date | 2/14/2022 |
|---|---|---|---|
| Job No. | 6062414 | Case No. | 1807363LA11 |
| Total Due | $0.00 | | |

Remit To: **U.S. Legal Support, Inc.**
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD**   

Cardholder's Name:

Card Number:

Exp. Date:                Phone:

Billing Address:

Zip:                          Card Security Code:

Amount to Charge:

Cardholder's Signature:

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, WENDY A. YONES, declare as follows: |
| 3 | I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On July 20, 2022, I served the following document(s): |

**BILL OF COSTS**

**DECLARATION OF MICHAEL D. BRESLAUER RE BILL OF COSTS**

on each of the interested parties as follows:

<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>July 20, 2022</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    **Michael D. Breslauer - mbreslauer@swsslaw.com, wyones@swsslaw.com**

    **K. Todd Curry - tcurry@currylegal.com**

<u>**SERVED BY U.S. MAIL:**</u> On <u>July 20, 2022</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

    **K. Todd Curry, Esq.**
    **Curry Advisors**
    **185 West F. Street, Suite 100**
    **San Diego, CA 92101**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 20, 2022            By: /s/ Wendy A. Yones
                                               WENDY A. YONES