UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

CUKER INTERACTIVE, LLC
                                  Debtor

CUKER INTERACTIVE, LLC
                                  Plaintiff

v.

WOLFE LEGAL GROUP, PC
                                  Defendant

AND RELATED CROSS ACTION

ENTERED 7-28-22

FILED JUL 28 2022

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __AC__ DEPUTY

Bankruptcy No.: 18-07363-LT

Adversary No.: 21-90002-LT

**ORDER TAXING COSTS**

Upon application of Wolfe Legal Group, PC, a hearing for taxation of costs was held on July 27, 2022. Michael D. Breslauer, representing Plaintiff Cuker Interactive, LLC, and K. Todd Curry, representing Defendant Wolfe Legal Group, PC, appeared telephonically before Michael Williams, Clerk of Court. A Bill of Costs was timely filed on July 7, 2022 (Doc. 121 and 122), and an Opposition was filed on July 20, 2022 (Doc. 123).

**Opposition**

In the Opposition, Plaintiff argued that the Defendant did not have standing to recover costs because the Defendant was not the "prevailing party", and the Bill of Costs should be stricken. Because the Order of Judgment (Doc. 120) states "Judgment shall be and hereby is granted in favor of the defendant and counterclaimant Wolfe Legal Group, PC," Defendant is assumed to be the prevailing party under the District Court Civil Local Rule 54.1 (L.R. 54.1), and is entitled to have costs taxed.

1

Plaintiff also objected to the inclusion of late fees and finance charges related to deposition fees requested by Defendant. Plaintiff's argument is valid and such costs will not be allowed.

Plaintiff also objected to the inclusion of costs related to the deposition of Cuker's counsel, Michael D. Breslauer, as "not reasonably necessary to the litigation between the parties." L.R. 54.1.3.a states that the costs associated with a deposition are allowable, "so long as at the time it was taken it could reasonably be expected that the deposition would be used for trial preparation, rather than mere discovery." Mr. Curry, representing the Defendant, stated in this hearing, as well as in his written response to Cuker's objection to the Bill of Cost, that this was the case for the deposition of Mr. Breslauer. Cost for the deposition of Mr. Breslauer, will be allowed.

Costs are hereby taxed as follows:

| Description | Amount(s) Requested | Amount(s) Taxed |
|---|---|---|
| Fees of the clerk | | |
| Fees for service of summons and subpoenas | | |
| Fees trial transcripts | | |
| Fees and disbursements for printing | | |
| Fees for witnesses (Interpreter) | | |
| Fees for exemplification and copies | | |
| Fees for Demonstratives (Requested in copies) | | |
| Fees for depositions and deposition transcripts | $5,925.03 | $5,270.97 |
| Compensation of court-appointed experts | | |
| Compensation/costs of interpreters under 28 U.S.C. 1828 | | |
| Other costs as itemized: | | |

| | | |
|---|---|---|
| **TOTAL COSTS TAXED** in favor of Wolfe Legal Group, PC | $5,925.03 | $5,270.97 |

Counsel's attention is called to L.R. 54.1.h which provides in part that any party may petition the Court to review the decision of the Clerk in taxation by filing a "motion to re-tax", served and filed within seven (7) days after receipt of the Order Taxing Costs.

Dated: July 28, 2022

*Michael Williams* (signature)

Michael Williams, Clerk of Court