## Notice Recipients

District/Off: 0974–3 | User: Admin. | Date Created: 7/28/2022
Case: 21–90002–LT | Form ID: pdfO1 | Total: 3

**Recipients of Notice of Electronic Filing:**
aty    Alan Vanderhoff    alan.vanderhoff@vanderhofflaw.com
aty    K. Todd Curry    tcurry@currylegal.com
aty    Michael D. Breslauer    mbreslauer@swsslaw.com

TOTAL: 3