UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| CUKER INTERACTIVE, LLC<br><br>                              Debtor<br><br>CUKER INTERACTIVE, LLC<br><br>                              Plaintiff<br><br>v.<br><br>WOLFE LEGAL GROUP, PC<br><br>                              Defendant<br><br>AND RELATED CROSS ACTION | Bankruptcy No.: 18-07363-LT<br><br>Adversary No.: 21-90002-LT<br><br>**ORDER TAXING COSTS** |

      Upon application of Cuker Interactive, LLC, a hearing for taxation of costs was requested to be held on July 27, 2022. A hearing was held in concurrence with a hearing requested by Wolfe Legal Group, PC. Michael D. Breslauer, representing Plaintiff Cuker Interactive, LLC, and K. Todd Curry, representing Defendant Wolfe Legal Group, PC, appeared telephonically before Michael Williams, Clerk of Court. A Bill of Costs was timely filed on July 20, 2022 (Doc. 124); however, it is the opinion of the Clerk that Cuker Interactive, LLC was not the prevailing party and is not entitled to costs under District Court Civil Local Rule 54.1.

      Counsel's attention is called to L.R. 54.1.h which provides in part that any party may petition the Court to review the decision of the Clerk in taxation by filing a "motion to re-tax", served and filed within seven (7) days after receipt of the Order Taxing Costs.

Dated: July 28, 2022

                                                                                Michael Williams, Clerk of Court