**CSD 3015** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Plaintiff & Counter-Defendant Cuker Interactive, LLC

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Cuker Interactive, LLC,<br>Debtor. | BANKRUPTCY NO. 18-07363-LT11 |
| Cuker Interactive, LLC,<br>Plaintiff(s)<br>v.<br>Wolfe Legal Group, PC,<br>Defendants(s) | ADVERSARY NO. 21-90002-LT11 |

### *AMENDED* NOTICE OF HEARING AND MOTION; MOTION TO RE-TAX COSTS

TO:
Wolfe Legal Group, PC, c/o K. Todd Curry, Esq., Curry Advisors, 185 West F. Street, Suite 100, San Diego, CA 92101

**You are hereby notified** that on October 5, 2022, at 10:00 a.m, in Department 3, Room 129 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of Plaintiff Cuker Interactive, LLC ("Cuker") to Re-Tax Costs.

Cuker hereby moves the Court to re-tax costs awarded by the Clerk of the Court in the above-captioned Adversary Proceeding by either (i) awarding costs solely to Cuker; or (ii) denying costs to each party. If the Clerk's award is confirmed in favor of WLG, Cuker further moves the Court order that such costs be reduced by $910.55 for the taking of Cuker's counsel's deposition.

This Motion is based on this Notice, the Memorandum of Points & Authorities and the Declaration of Michael D. Breslauer, filed concurrently herewith.

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: August 8, 2022

/s/ Michael D. Breslauer
[Attorney for] Moving Party
Plaintiff & Counter-Defendant Cuker Interactive, LLC

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

**CSD 3015**


American LegalNet, Inc.
www.FormsWorkFlow.com

**CSD 3015 (Page 2)** [07/01/18]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on 8th day of ___August___, 2022, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:
List additional papers:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ___August 8, 2022___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☒ Attorney for Defendant & Cross-Claimant

  Wolfe Legal Group, P.C. c/o K. Todd Curry - tcurry@currylegal.com

☐ Chapter 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Defendant & Cross-Claimant

**CSD 3015**



**CSD 3015 (Page 3)** [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐  Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  August 8, 2022                 /s/ Wendy A. Yones
               (Date)                      (Typed Name and Signature)

                                                          401 B Street, Suite 1200
                                                          (Address)

                                                          San Diego, CA 92101
                                                        (City, State, ZIP Code)


American LegalNet, Inc.
www.FormsWorkFlow.com

**CSD 3015**