1  MICHAEL D. BRESLAUER [SBN 110259]
   mbreslauer@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   (t) 619.231.0303
4  (f) 619.231.4755

5  Attorneys for Plaintiff and Counter-
   Defendant CUKER INTERACTIVE, LLC

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>CUKER INTERACTIVE, LLC,<br><br>Reorganized Debtor. | Case No. 18-07363-LT11<br>Chapter 11<br>Adv No. 21-90002-LT11 |
| CUKER INTERACTIVE, LLC,<br>Plaintiff,<br>v.<br>WOLFE LEGAL GROUP, PC,<br>Defendant. | **STIPULATION TO EXTEND TIME FOR PLAINTIFF'S REPLY TO OPPOSITION TO MOTION TO RE-TAX COSTS**<br><br>Date: October 5, 2022<br>Time: 10:00 a.m.<br>Dept: Three (3)<br><br>Honorable Laura S. Taylor |
| AND RELATED CROSS-ACTION | |

### RECITALS

A. On August 4, 2022, Plaintiff Cuker Interactive, LLC ("Cuker") filed and served its Motion to Re-Tax Costs (the "Motion") in the above-captioned Adversary Proceeding. Following the filing, the court continued the hearing date to October 5, 2022 at 10:00 a.m.

B. On August 16, 2022, Defendant WOLFE LEGAL GROUP, PC ("WLG") filed and served its opposition to the Motion.

P:01579545.1:60665.017

1     C.    Cuker's reply to WLG's opposition to the Motion is currently due on August 23, 2022.

    D.    Cuker's counsel requested due to a planned absence that WLG stipulate to extend the time for Cuker's reply.

NOW THEREFORE, IT IS HEREBY STIPULATED,

1.    The deadline for Cuker's reply regarding the Motion is extended to August 25, 2022.

IT IS SO STIPULATED.

DATED: August 23, 2022     CURRY ADVISORS
A Professional Law Corporation

By: /s/ K. Todd Curry
K. TODD CURRY
Attorneys for Defendant and Cross-Complainant
WOLFE LEGAL GROUP, PC

DATED: August 23, 2022     SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Michael D. Breslauer
MICHAEL D. BRESLAUER
Plaintiff and Counter-Defendant CUKER INTERACTIVE, LLC

## CERTIFICATION PURSUANT TO LOCAL RULE 5005-4(E)

I certify that the content of the foregoing stipulated request is acceptable to all persons required to sign such stipulation.

DATED: August 23, 2022    SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Michael D. Breslauer
    MICHAEL D. BRESLAUER
    Attorneys for Plaintiff and Counter-Defendant
    CUKER INTERACTIVE. LLC

# PROOF OF SERVICE

I, WENDY A. YONES, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On August 23, 2022, I served the following document(s):

**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S REPLY TO OPPOSITION TO MOTION TO RE-TAX COSTS**

on each of the interested parties as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 23, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Michael D. Breslauer - mbreslauer@swsslaw.com, wyones@swsslaw.com

    K. Todd Curry - tcurry@currylegal.com

**SERVED BY U.S. MAIL:** On August 23, 2022, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 23, 2022        By: /s/ Wendy A. Yones
                                              WENDY A. YONES