**CSD 3000A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for Plaintiff & Counter-Defendant Cuker Interactive, LLC

**Order Entered on**
August 29, 2022
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Cuker Interactive, LLC,

Debtor.

BANKRUPTCY NO. 18-07363-LT11

Cuker Interactive, LLC,

Plaintiff(s)

ADVERSARY NO. 21-90002-LT11

v.
Wolfe Legal Group, PC,

Defendant(s)

Date of Hearing: October 4, 2022

Time of Hearing: 10:00 a.m.

Name of Judge: Laura S. Taylor

## ORDER ON STIPULATION CHANGING HEARING DATE REGARDING PLAINTIFF'S MOTION TO RE-TAX COSTS

The court orders as set forth on the continuation pages attached and numbered <u>Two (2)</u> through <u>Two (2)</u> with

exhibits, if any, for a total of <u>Two (2)</u> pages. Motion/Application Docket Entry No. <u>135</u>.

//

//

//

//

DATED:     August 26, 2022

Judge, United States Bankruptcy Court



**CSD 3000A** [07/01/18] **(Page 2)**

ORDER ON STIPULATION CHANGING HEARING DATE REGARDING PLAINTIFF'S MOTION TO RE-TAX COSTS

CASE NO.: 18-07363-LT11

DEBTOR: Cuker Interactive, LLC

ADV. NO.: 21-90002-LT11

On August 25, 2022, Cuker Interactive, LLC ("Cuker") filed and served its Stipulation changing hearing date regarding Plaintiff's Motion to Re-Tax Costs (Dkt. No. 135) (the "Stipulation"). The Court, having read and considered the Stipulation, it appearing that no hearing on said Stipulation is necessary, and good cause otherwise appearing;

IT IS HEREBY ORDERED that the Stipulation is GRANTED.

1.   The new hearing date for Plaintiff's Motion to Re-Tax Costs is on October 4, 2022 at 10:00 a.m.

IT IS SO ORDERED.

**CSD 3000A**



American LegalNet, Inc.
www.FormsWorkFlow.com

Signed by Judge Laura Stuart Taylor August 26, 2022