# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 8/29/2022 |
| Case: 21–90002–LT | Form ID: pdfO1 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty   Alan Vanderhoff   alan.vanderhoff@vanderhofflaw.com
aty   K. Todd Curry   tcurry@currylegal.com
aty   Michael D. Breslauer   mbreslauer@swsslaw.com

TOTAL: 3