# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| ADV: | 21-90002 |
|  | CUKER INTERACTIVE, LLC VS WOLFE LEGAL GROUP, PC |
| Debtor: | CUKER INTERACTIVE, LLC |
| Case Number: | 18-07363-LT11    Chapter: 11 |
| Date / Time / Room: | TUESDAY, OCTOBER 04, 2022 10:00 AM   DEPARTMENT 3 |
| Bankruptcy Judge: | LAURA S. TAYLOR |
| Courtroom Clerk: | RUSSELL PALUSO |
| Reporter / ECR: | JENNIFER GIBSON |

### Matter:

MOTION TO RE-TAX COSTS FILED ON BEHALF OF CUKER INTERACTIVE, LLC

### Appearances:

MICHAEL D. BRESLAUER, ATTORNEY FOR CUKER INTERACTIVE, LLC
K. TODD CURRY, ATTORNEY FOR WOLFE LEGAL GROUP, PC

### Disposition:

Granted, as to the disallowance of the $910.55 claim, pursuant to the Court's Tentative Ruling and as set forth on the record.


Order to be submitted by Mr. Curry.